# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**824**

**KA 14-01780**

PRESENT: CENTRA, J.P., CARNI, LINDLEY, AND DEJOSEPH, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    MEMORANDUM AND ORDER

PETER GIACONA, DEFENDANT-APPELLANT.
(APPEAL NO. 4.)

---

J. SCOTT PORTER, SENECA FALLS, FOR DEFENDANT-APPELLANT.

JON E. BUDELMANN, DISTRICT ATTORNEY, AUBURN (BRIAN LEEDS OF COUNSEL), FOR RESPONDENT.

---

Appeal from an order of the Cayuga County Court (Mark H. Fandrich, A.J.), dated September 8, 2014. The order directed defendant to pay restitution of $5,516.63 to Andrew N.

It is hereby ORDERED that the order so appealed from is unanimously affirmed.

Same memorandum as in *People v Giacona* ([appeal No. 1] ___ AD3d ___ [July 10, 2015]).

Entered: July 10, 2015                          Frances E. Cafarell
                                                Clerk of the Court